# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

DAWN MARIE SANDLAND,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO.   CV-11-107-JLQ

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant dismissing the claims therein with prejudice.

DATED this 23rd day of October, 2012.

                            JAMES R. LARSEN
                            District Court Executive/Clerk


                        by:  s/Virginia Reisenauer
                            Deputy Clerk

cc: all counsel